Submitted on record and briefs September 1, 2005, affirmed May 3, petition for review denied June 20, 2006 (341 Or 140)

STATE OF OREGON,
*Respondent,*

*v.*

MARVIN BRENT JONES,
*Appellant.*

0303-31578; A124429

134 P3d 1082

James N. Varner filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Solicitor General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

Affirmed. *State v. Gornick*, 340 Or 160, 170, 130 P3d 780 (2006).